UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN



United States of America,

    Plaintiff,

v.

Criminal No. 16-cr-20437

Honorable Robert H. Cleland

D-1 JACKLYN PRICE
D-2 MUHAMMAD QAZI
D-3 MILLICENT TRAYLOR

    Defendants.

## GOVERNMENT'S MOTION AND ORDER
## TO UNSEAL INDICTMENT AND ARREST WARRANTS

The United States of America hereby moves for an order unsealing the Indictment and Arrest Warrants in this case, and states:

1. The Indictment in this case charges the defendants with one or more federal crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure, which authorizes this Court to seal indictments, implicitly authorizes this Court to unseal indictments.

3. The government requests that the Indictment and Arrest Warrants be unsealed because several defendants have been arrested and are entitled to receive a copy of the Indictment.

WHEREFORE, the government requests this Court to issue an order unsealing the Indictment and Arrest Warrants.

Respectfully submitted,

Barbara L. McQuade
United States Attorney

_s/Drew Bradylyons_____
Drew Bradylyons
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Drew.Bradylyons@usdoj.gov
(202) 262-7809
(313) 226-0248

Dated:  June 20, 2016

**IT IS SO ORDERED.**

**s/ Elizabeth A. Stafford_____**
Elizabeth A. Stafford
United States Magistrate Judge

Entered: June 20, 2016