UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-v-

MUHAMMAD QAZI, D-2,

    Defendant.

Case No. 16-CR-20437
Hon. Robert H. Cleland

_____/

## ORDER OF SUBSTITUTION OF COUNSEL

Upon reading of the parties' Stipulation; the Court being fully advised in the premises;

IT IS HEREBY ORDERED that KIMBERLY W. STOUT substitute as attorney of record for MUHAMMAD QAZI in the place and stead of MARK KRIGER.

Dated; July 22, 2016

                                    s/Robert H. Cleland
                                    U.S. DISTRICT COURT JUDGE

SO STIPULATED:

/s/ Drew Bradylyons w/ consent
U.S. Dept. of Justice
1400 New York Ave., #8420
Washington, D.C. 20005
(202) 262-2006

/s/Kimberly W. Stout
Kimberly W. Stout (P38588)
Attorney for Defendant
370 E. Maple, 3rd Floor
Birmingham, MI 48009
(248) 258-3181

/s/ Mark J. Kriger w/ consent
LaRene & Kriger, PLC
645 Griswold Street, #1717
Detroit, MI 48226
(313) 967-0100

|  |  |
|---|---|
| /s/ Mark J. Kriger w/ consent<br>LaRene & Kriger, PLC<br>645 Griswold Street, #1717<br>Detroit, MI  48226<br>(313) 967-0100 | _____<br>Muhammad Qazi<br>Defendant<br>Sanilac County Jail |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-v-

MUHAMMAD QAZI, D-2,

    Defendant.

Case No. 16-CR-20437
Hon. Robert H. Cleland

_____/

## CERTIFICATE OF SERVICE

I certify that on June 28, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Drew Bradylyons
U.S. Dept. of Justice

Mark J. Kriger

/s/Kimberly W. Stout
Kimberly W. Stout (P38588)
Attorney for Defendant
370 E. Maple Road, 3rd Floor
Birmingham, MI 48009
(248) 258-3181
Email: wadesmom1@aol.com